UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ARD,<br><br>    Plaintiff,<br><br>    v.<br><br>YAHOO! INC.,<br><br>    Defendant. | Case No. 16-cv-05635 NC<br><br>**ORDER TO SHOW CAUSE REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES** |
| GREGORY ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>YAHOO!, INC.,<br><br>    Defendant. | Case No. 16-cv-00527 NC |

In considering Yahoo's motion for summary judgment the Court finds it requires reviewing plaintiffs Anderson and Ard's DFEH and EEOC Right to Sue letters. Anderson and Ard refer to these letters in their complaints. Anderson and Ard are ORDERED to each file their respective letters with the Court by November 2, 2017.

**IT IS SO ORDERED.**

Dated: October 31, 2017

                                                NATHANAEL M. COUSINS
                                              United States Magistrate Judge

Case No. 16-cv-05635 NC
16-cv-00527 NC (Consolidated)