UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ARD,<br><br>         Plaintiff,<br><br>    v.<br><br>YAHOO! INC.,<br><br>         Defendant. | Case No. 16-cv-05635 NC<br><br>**MINUTE ORDER, DECEMBER 21, 2017** |

As stated by the Court during today's telephonic case management conference, the Court will not permit Ard to allege a retaliation claim in this remaining case. As a result, Ard must amend his complaint to remove reference to the alleged retaliation. This third amended complaint must be filed by December 29, 2017.

**IT IS SO ORDERED.**

Dated: December 21, 2017                 _____
                                          NATHANAEL M. COUSINS
                                          United States Magistrate Judge

Case No. 16-cv-05635 NC