MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
melinda.riechert@morganlewis.com
Claire M. Lesikar, Bar No. 311189
claire.lesikar@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:  +1.650.843.4001

Attorneys for Defendant
OATH HOLDINGS INC., formerly known as
YAHOO HOLDINGS, INC., successor in interest, in
part, to liabilities of YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT ARD, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>YAHOO! INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | Case No. 16-CV-05635-NC<br><br>**DEFENDANT'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES PURSUANT TO LOCAL RULE 3-15** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 16-CV-05635-NC
DEFENDANT'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

<u>Oath Holdings Inc.</u> – Effective June 13, 2017, Yahoo! Inc. transferred to Yahoo Holdings, Inc. all liabilities relevant to the claims asserted by Plaintiffs Gregory Anderson and Scott Ard. Effective January 1, 2018, Yahoo Holdings, Inc. changed its name to Oath Holdings Inc. Oath Holdings Inc., formerly known as Yahoo Holdings, Inc., a Delaware corporation with an office located at 701 First Avenue, Sunnyvale, California, 94089, is a wholly owned subsidiary of Verizon Communications Inc. Yahoo! Inc. (now known as Altaba Inc.) no longer owns any interest in the past, present, or future liabilities relevant to this lawsuit.

Dated: January 12, 2018                          MORGAN, LEWIS & BOCKIUS LLP


By */s/Claire M. Lesikar*
Melinda S. Riechert
Claire M. Lesikar
Attorneys for Defendant
OATH HOLDINGS INC., formerly known as YAHOO HOLDINGS, INC., successor in interest, in part, to liabilities of YAHOO! INC.

DB2/ 32597453.1