JON R. PARSONS LAW FIRM
Jon R. Parsons, Bar No. 88045
jon@jrplaw.com
2225 E. Bayshore Road, Suite 210
Palo Alto, CA 94303
Tel:   +1.650.321.8579

Attorneys for Plaintiff,
SCOTT ARD

MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
melinda.riechert@morganlewis.com
Claire M. Lesikar, Bar No. 311180
claire.lesikar@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
YAHOO HOLDINGS, INC., successor in interest,
in part, to liabilities of YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT ARD, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>YAHOO!, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | Case No. 5:16-cv-05635-NC<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE
CASE NO.: 5:16-CV-05635-NC

Defendant YAHOO HOLDINGS, INC. ("Yahoo") and Plaintiff Scott Ard ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, pursuant to Civil Local Rules 6-2, 7-12 and 16-2 of the Northern District of California, jointly request an order continuing the Case Management Conference, and aver as follows:

WHEREAS on November 29, 2017, the Court set a Case Management Conference on February 21, 2018 at 1:00 p.m. (ECF No. 68);

WHEREAS on February 20, 2018, the Court continued the Case Management Conference to March 7, 2018 at 10:00 a.m. and ordered that the Parties file either a dismissal or Case Management Conference Statement by February 28, 2018 (ECF No. 84);

WHEREAS on February 27, 2018, the Parties contacted the Court's clerk to request a continuance of the Case Management Conference to the following week and the Clerk requested that the Parties file a stipulation or motion to continue;

WHEREAS, the Parties seek a continuance of the Case Management Conference and related dates in order to finalize the filing of Plaintiff's dismissal of his remaining claims, and the Parties do not seek this continuance for the purpose of delay;

WHEREAS, the Parties and their counsel are available for a Case Management Conference during the week of March 5, 2018;

IT IS HEREBY STIPULATED pursuant to Local Rule 6-2 and 16-2 by and between the Parties hereto, through their respective attorneys of record, to the extension of certain deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to File Dismissal or Case Management Conference Statement | February 28, 2018 | March 7, 2018 |
| Case Management Conference | March 7, 2018 | March 14, 2018 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Melinda S. Riechert, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I

declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of February, 2018.

                       */s/ Melinda S. Riechert*
                       Melinda S. Riechert

Dated: February 27, 2018        MORGAN, LEWIS & BOCKIUS LLP

By: */s/Melinda S. Riechert*
     Melinda S. Riechert
     Attorney for Defendant
     YAHOO HOLDINGS, INC., successor in interest, in part, to liabilities of YAHOO! INC.

Dated: February 27, 2018        JON R. PARSONS LAW FIRM

By: */s/Jon R. Parsons*
     Jon R. Parsons
     Attorney for Plaintiff SCOTT ARD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 27, 2018

By: _____
HONORABLE NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE
CASE NO.: 5:16-CV-05635-NC