JON R. PARSONS LAW FIRM
Jon R. Parsons, Bar No. 88045
jon@jrplaw.com
2225 E. Bayshore Road, Suite 210
Palo Alto, CA 94303
Tel:   +1.650.321.8579

Attorneys for Plaintiff
SCOTT ARD

MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
melinda.riechert@morganlewis.com
Claire M. Lesikar, Bar No. 311180
claire.lesikar@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
OATH HOLDINGS INC., formerly known as Yahoo Holdings, Inc., successor in interest, in part, to liabilities of Yahoo! Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT ARD, an individual,<br><br>               Plaintiff,<br><br>     vs.<br><br>YAHOO!, INC., a Delaware corporation,<br><br>               Defendant. | Case No. 5:16-cv-05635-NC<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 32943358.1

STIPULATED DISMISSAL OF ACTION
WITH PREJUDICE
CASE NO.: 5:16-CV-05635-NC

IT IS HEREBY STIPULATED by and between Plaintiff Scott Ard ("Plaintiff") and Defendant Oath Holdings Inc., formerly known as Yahoo Holdings, Inc., successor in interest, in part, to liabilities of Yahoo! Inc. ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, that this entire case be and hereby is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own respective attorneys' fees and costs of suit incurred in connection with this Action and its dismissal. All parties that have appeared in this action have consented and agreed to the dismissal with prejudice pursuant to this Stipulation, and accordingly this dismissal is effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: March 7, 2018                           MORGAN, LEWIS & BOCKIUS LLP

                                               By */s/Claire M. Lesikar*
                                                  Melinda S. Riechert
                                                  Claire M. Lesikar
                                                  Attorneys for Defendant
                                                  OATH HOLDINGS INC., formerly
                                                  known as Yahoo Holdings, Inc.,
                                                  successor in interest, in part, to liabilities
                                                  of Yahoo! Inc.

Dated: March 7, 2018                           JON R. PARSONS LAW FIRM

                                               By: */s/Jon R. Parsons*
                                                  Jon R. Parsons
                                                  Attorney for Plaintiff SCOTT ARD

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 32943358.1

1

STIPULATED DISMISSAL OF ACTION
WITH PREJUDICE
CASE NO.: 5:16-CV-05635-NC

**FILER'S ATTESTATION**

I, Claire M. Lesikar, am the ECF user whose identification and password are being used to file this Stipulated Dismissal with Prejudice on behalf of Plaintiff Scott Ard and Defendant Oath Holdings Inc., formerly known as Yahoo Holdings, Inc., successor in interest, in part, to liabilities of Yahoo! Inc. In compliance with L.R. 5-1(i)(3), I hereby attest that Jon R. Parsons concurs in this filing.

Dated: March 7, 2018                    MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Claire M. Lesikar*
Melinda S. Riechert
Claire M. Lesikar
Attorneys for Defendant
OATH HOLDINGS INC., formerly known as Yahoo Holdings, Inc., successor in interest, in part, to liabilities of Yahoo! Inc.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 32943358.1

2

STIPULATED DISMISSAL OF ACTION
WITH PREJUDICE
CASE NO.: 5:16-CV-05635-NC