JON R. PARSONS LAW FIRM
Jon R. Parsons, Bar No. 88045
jon@jrplaw.com
2225 E. Bayshore Road, Suite 210
Palo Alto, CA 94303
Tel:   +1.650.321.8579

Attorneys for Plaintiff,
SCOTT ARD

MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
melinda.riechert@morganlewis.com
Claire M. Lesikar, Bar No. 311180
claire.lesikar@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
OATH HOLDINGS INC., formerly known as Yahoo Holdings, Inc., successor in interest, in part, to liabilities of Yahoo! Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT ARD, an individual,<br><br>                    Plaintiff,<br><br>            vs.<br><br>YAHOO!, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 5:16-cv-05635-NC<br><br>**JOINT REQUEST FOR ENTRY OF JUDGMENT AGAINST PLAINTIFF GREGORY ANDERSON** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 32943415.1

JOINT REQUEST FOR ENTRY OF
JUDGMENT AGAINST PLAINTIFF
GREGORY ANDERSON
CASE NO.: 5:16-CV-05635-NC

Defendant Oath Holdings, Inc., formerly known as Yahoo Holdings, Inc., successor in interest, in part, to liabilities of Yahoo! Inc. ("Defendant") and Plaintiff Scott Ard ("Ard") (collectively, the "Parties"), by and through their respective counsel, jointly request the Court's entry of judgment against Plaintiff Gregory Anderson ("Anderson"), and aver as follows:

WHEREAS the Court consolidated the cases of Ard and Anderson against Defendant (ECF No. 7);

WHEREAS the Court granted Defendant's Motion for Summary Judgment as to Anderson's entire case (ECF No. 59);

WHEREAS the Court granted in part and denied in part Defendant's Motion for Summary Judgment as to Ard's case (ECF No. 59);

WHEREAS the Court decided to not enter judgment against Anderson until the resolution of Ard's case (ECF No. 68);

WHEREAS Ard filed a Third Amended Complaint on December 29, 2017 (ECF No. 77);

WHEREAS Defendant filed an Answer to Ard's Third Amended Complaint on January 12, 2018 (ECF No. 81);

WHEREAS the Parties filed a Stipulated Dismissal of Action with Prejudice as to Ard's case on March 7, 2018;

The Parties jointly request that the Court enter judgment against Anderson in accordance with its Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment (ECF No. 59).

Dated: March 7, 2018    MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Claire M. Lesikar*
Melinda S. Riechert
Claire M. Lesikar
Attorneys for Defendant
OATH HOLDINGS INC., formerly known as Yahoo Holdings, Inc., successor in interest, in part, to liabilities of Yahoo! Inc.

Dated: March 7, 2018    JON R. PARSONS LAW FIRM

By: */s/ Jon R. Parsons*
Jon R. Parsons
Attorney for Plaintiff SCOTT ARD

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 32943415.1

1

JOINT REQUEST FOR ENTRY OF JUDGMENT AGAINST PLAINTIFF GREGORY ANDERSON
CASE NO.: 5:16-CV-05635-NC

**FILER'S ATTESTATION**

I, Claire M. Lesikar, am the ECF user whose identification and password are being used to file this Joint Request for Entry of Judgment Against Plaintiff Gregory Anderson on behalf of Plaintiff Scott Ard and Defendant Oath Holdings Inc., formerly known as Yahoo Holdings, Inc., successor in interest, in part, to liabilities of Yahoo! Inc. In compliance with L.R. 5-1(i)(3), I hereby attest that Jon R. Parsons concurs in this filing.

Dated: March 7, 2018                    MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Claire M. Lesikar*
Melinda S. Riechert
Claire M. Lesikar
Attorneys for Defendant
OATH HOLDINGS INC., formerly known as Yahoo Holdings, Inc., successor in interest, in part, to liabilities of Yahoo! Inc.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 32943415.1

2

JOINT REQUEST FOR ENTRY OF JUDGMENT AGAINST PLAINTIFF GREGORY ANDERSON
CASE NO.: 5:16-CV-05635-NC